IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SCOTT A. BROWN,

    Plaintiff,

v.

LUCAS WOGERNESE,

    Defendant.

JUDGMENT IN A CIVIL CASE

16-cv-34-jdp

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Lucas Wogernese granting his motion for summary judgment and dismissing this case.

/s/                                          1/27/2017

Peter Oppeneer, Clerk of Court              Date